# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GEORGIA WILLIAMS,                    :

      Plaintiff,                    :

                        Case No. 3:06cv00275

vs.                                   :

                        District Judge Walter Herbert Rice

MICHAEL J. ASTRUE,                   :     Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,              :

      Defendant.                    :

---

## DECISION AND ENTRY

---

This case is before the Court upon the Motion For Authorization Of Attorney Fees
Pursuant To 42 U.S.C. §406(b) filed by Plaintiff's attorney. (Doc. #26). The Commissioner
has neither responded to nor opposed the Motion, and the time for filing a Memorandum in
Opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks approval of an award of attorney fees under 42 U.S.C. §406(b)(1)
in the total amount of $12,580.20, although Plaintiff's counsel is requesting to be paid only
$5,727.70 in light of fees previously paid her under the Equal Access to Justice Act. *See*
Doc. #26, PageID at 151, 153-57. In the absence of a response or opposition by the
Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees
is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1.  The Motion For Authorization Of Attorney Fees Pursuant To 42 U.S.C. §406(b) (Doc. #26) is GRANTED;

2.  The Commissioner shall pay Plaintiff's counsel attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $5,727.70; and

3.  The case remains terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge